# 19 CV 02275

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JUDGE OETKEN

JEONG-SUK NO

_____

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

Republic of Korea (ROK)

_____

_____

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

## COMPLAINT

Do you want a jury trial?
☒ Yes   ☐ No

U.S. DISTRICT COURT
S.D. OF N.Y.
2019 MAR 13 PM 12: 20
FILED

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

    ☒  Federal Question

    ☐  Diversity of Citizenship

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

*LIFE, LIBERTY, & FREEDOM*

### B.   If you checked Diversity of Citizenship

    1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, *JEONG-SUK NO* , is a citizen of the State of
    (Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

*Republic of Korea (ROK)*

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                          (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _Republic of Korea_, is incorporated under the laws of
_(ROK)_

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _ROK_

and has its principal place of business in _ROK_.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

_JEONG-SUK_                              _NO_
First Name          Middle Initial      Last Name

_Apt #1205   123 W, 13th St._
Street Address

_NY_                 _NY_                _10011_
County, City         State              Zip Code

_(212) 242-2400_
Telephone Number                        Email Address (if available)

_Front Desk #_

_My phone is not working due to stalking._
_Please leave message or mail me by physical address._

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    *Republic of Korea (ROK)*

First Name                                  Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

*Republic of Korea (ROK)*

County, City                          State                    Zip Code

Defendant 2:    _____

First Name                                  Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                          State                    Zip Code

Defendant 3:    _____

First Name                                  Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                          State                    Zip Code

Defendant 4:

First Name                    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                          State                    Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:

Date(s) of occurrence:

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Physical Injury in 2018, 2019, in both Seoul &
NYC, by electronic weapons/devices,
Currently have been stalking by diverse groups,
in physical & virtual ways.
So, protection needed urgently.

For life protection, urgent visa extension &
medical insurance urgently needed,
privacy protection is immediately & essentially
required.

Further Info. (Details) will be provided ASAP.

* see attached.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Physically injured. Further information will be added ASAP.

✗ see attached.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

↱ ✗ Further will be added ASAP.

— End of Violence for Life, Liberty, & Freedom.

— Get urgent protection Order from Violence.

— Visa Extension for Life Security (urgent).

— Immediate Medical Insurance, with full coverage, with total privacy protection, otherwise, I will be in the very high chance of the human test base.

— Lawyer & Interpretator for Legal Proceedings required.

— ID Theft Issues to be solved.

— Eliminate Unfair Criminal Records.

<Long — Term>

① To limit the public's use of electronic devices in public place

② Internet / Data Privacy required.

Page 6

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Mar 11, 2019 | | 시도 굿 |
| --- | --- | --- |
| Dated | | Plaintiff's Signature |
| JEONG-SUK | | NO |
| First Name | Middle Initial | Last Name |
| Apt #1205 | 123 W 13th St. | |
| Street Address | | |
| NY | NY | 10011 |
| County, City | State | Zip Code |
| (212) 242-2400 | | |
| Telephone Number | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes   ☐ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

< Incidents >

**Physical Injury in Seoul, 2018 (by Electronic Weapon Devices)**

ex1. In front of US Embassy, by local Patrient
one unidentified professional male (local)

ex2. KINCOS, by Grant TV Screen,
trying to submit the very critical evidence
to the e-court

ex3. Property damage, all electronic devices, including
computers & cell-phones of Samsung, apple, etc,
brokendown, suddenly by unknown reasons.

ex4. Heater Attack, Indoor temperature was controlled
by something else, ups & downs, not able to sleep,
not shower. including brain wave/brain

ex5. Sound Attack, severe Noise hurt my brain
causing extreme pain.

**Physical Injury in Manhattan, NY, 2019 (by electronic devices)**

ex1. The Strand Bookstore (Broadway, NY, 2019)

ex2. Library (SIBL, E34th St & Mad Ave, NY, 2019)

ex3. Bio Attack = Biological Organs Control, such as
urin process / Stomach for digestion / Breathing /
genital organs / etc (NY, 2019)

ex4. Marketing Attack = Targeted by Marketing purpose
including medical purpose.

ex5. Gang / Internet Stalking / Sound attack / In NYC
similar situation as Seoul
except indoor temperature control, in different way.

( Victims of ID Theft )

Case 1.

Green Card Fraud (Facebook, Company ad, NY, Apr. 2017)
FTC Reported / Visa Debit Card Paid
(Spring, 2018) (USD 15,000, approximately) (Apr. 2017 - Spring, 2018)
Local Police in Seoul reported

Case 2.
Bank Loan Fraud (Facebook Ads, Seoul, Apr. 2017)
→ By my send Debit card, under the condition of
   discounted interest rate (2%/y)
→ Visa Debit Card
→ Falsely (Unfairly) Charged for criminal record
→ "violation of Electronic Transaction Law"
→ My Bank Account, Seoul, was fraudually used for
  "Money Laundering."

Case 3.
Romance Scame (Facebook, Apr. 2017)
America US Army Officer, Medical Doctor, Egypt base.
Wire Transfer in Seoul to Togo (approximately US$) 2000-3000)

Case 4.
Romance Scame (Facebook, Apr 2017)
American US Army Officer, Syria Base.
Sent money by Western Union to Turkey
       in Seoul          (approximately / USD 2000-3000)

[제41호서식]

Registered No. 2018 –   2406

# NOTARIAL CERTIFICATE



## SIN CHON LAWFIRM & NOTARY OFFICE

3rd Floor Tae-young Bldg (Nogosan-Dong) 88 SinChonro Mapo-Gu

Seoul Korea

TEL : 82-2-335-6877 · FAX : 82-2-334-4762

23230-04711일
90.11.26승인

법 무 법 인 신   촌

210㎜×297㎜
(인쇄용지(특급) 70g/㎡)

TEL:82-2-335-6877 · FAX:82-2-334-4762

# Affidavit

This is my official statement.

**Contact Information**
Jeong Suk Noh)
#703, 458-14 Seokyo, Mapo
Seoul, 04002, Republic of Korea
+82 10 7167 5075
jeongsuknoh@yahoo.com

**Personal Statement**
    (1) I, Jeongsuk Noh, believe that I have been under surveillance by the unidentified entity, in both physical and cyber ways.
    (2) I have been suffering from mental, psychological, and physical pain due to the surveillance mentioned above.
    (3) I believe that my life has been in danger.

Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

Jeong Suk Noh)    Dec 19, 2018

Jeong Suk Noh)    Date

\*please understand this format has been broken due to the hacking.
\*Korean version attached

진술서

성명: 노정숙

주소: 04002 서울시 마포구 서교동 458-14 703호

연락처: 010-7167-5075, jeongsuknoh@yahoo.com

생년월일 1973년8월19일

해당 사건에 대해서 다음과 같이 진술합니다.

1 . 본인은 정체불명의 주체에 의해서 물리적이고 사이버적인
방법으로 감시 당하고 있습니다.

2.본인은 현재 상기에 언급된 감시로 인해서 정신적, 심리적, 육체적인 고통을 느끼고 있습니다.

알 수 없는 사유로 본인 소유의 가정용 및 휴대용 전자기기와 이메일 등을 사용할 수가 없거나

혹은 주요 기능 대부분이 작동하지 않습니다.

3. 본인은 생명권에 위협을 받고 있다고 믿습니다.

2018년 12월 19일

노정숙   (인)

*해당 파일은 해킹에 의해서

깨어졌음에  대한  양해를

바랍니다.

[제42호서식]

| | |
|---|---|
| 등부 2018년 제 2406 호 | Registered No. 2018 – 2406 |
| 인    증 | **Notarial Certificate** |

| | |
|---|---|
| 위        진술서        에<br>기재된 촉탁인 노정숙 은<br>본 공증인의 면전에서 위 사서증서에<br>본인이 서명한 것임을 자인하였다. | Jeong Suk No(h)<br>personally appeared before<br>me and admitted his (her)<br>subscription to the attached<br>**Affidavit** |
| 2018년    12월    19일<br>이 사무소에서 위 인증한다. | This is hereby attested on<br>this 19th day of December  2018<br>at this office |

위 내용 생략은 아래와 같음

공증인가 **법무법인 신 촌**

서울서부지방검찰청소속

서울 마포구 신촌로 88 (노고산동) 태영빌딩 3층

**SIN CHON LAWFIRM
& NOTARY OFFICE**

Belong to Seoul Western District
Prosecutors' Office
3rd Floor, Tae Young B/D, (Nogosan-Dong)
88 SinChonro, Mapo-Gu, Seoul, Korea

공증담당변호사 곽 서 준

Attorney-at-Law  KWAK SEO JUN

본 사무소는 법률 제9416호에 의거하여
2015년 2월 7일 법무부장관으로부터
공증인 업무를 행할 것을 인가 받았다.

This office has been authorized
by the Minister of Justice, the
Republic of Korea, to act as
Notary Public since
7th  February 2015    under
Law No. 9416

23230-04711일
90.11.25승인

**법 무 법 인 신   촌**

TEL:82-2-335-6877 · FAX:82-2-334-4762

210㎜×297㎜
(인쇄용지(특급) 70g/㎡)



서울특별시 종로구 종로3길 34,
　702호(삼송빌딩)
[별지 제41호서식]

공증
인가 **법무법인 네이버스**

(전화) 02-756-4401
(팩스) 02-756-4402

Registered No.　　2018 - 26232

# NOTARIAL CERTIFICATE

## NEIGHBORS
### LAW FIRM AND NOTARY OFFICES

702,Samsong Bldg.,34,Jong-ro 3 gil,

Jongno-gu, Seoul, Korea



210mm X 297mm
보존용지(1종) 70g/㎡

# Affidavit

**This is my official statement.**

## Contact Information
Jeong Suk Noh
#703, 458-14 Seokyo, Mapo
Seoul, 04002, Republic of Korea
+82 10 7167 5075
jeongsuknoh@gmail.com



## Personal Statement
(1) I, Jeongsuk Noh, have been under surveillance by the unidentified entity.
(2) I have not been able to use my own electronic devices at home or mobile ones inclduing my emails, or most of the main functions of those devices have not operated properly, for some unrevealed reasons.
(3) I have my own right to defend my own consitutional petition, preparing the case safely at my own place. I believe my own rights do not have to be defended.

**Under penalty of perjury, I declare this information is true and correct to the best of my knowlege.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

_____   11/12/2018
Jeong Suk Noh              Date

Jeong Suk Noh

# 진 술 서

성명: 노정숙

주소: 04002 서울시 마포구 서교동 458-14 703호

연락처: 010-7167-5075, jeongsuknoh@gmail.com

생년월일: 1973년 8월 19일



해당 사건에 대해서 다음과 같이 진술합니다.



1. 본인은 정체불명의 주체에 의해서 감시 당하고 있습니다.

2. 본인은 현재 알 수 없는 사유로 본인 소유의 가정용 및 휴대용 전자기기와 이메일 등을 사용할

  수가 없거나 혹은 주요 기능 대부분이 작동하지 않습니다.

3. 본인은 청구사건 관련하여 본인을 변론하기 위해서 본인 집에서 안전하게 관련 준비를 할 권리

  가 있습니다.

2018년 11월 12일

노정숙 (인)

노정숙

서울특별시 종로구 종로3길 34,
702호(삼송빌딩)
[별지 제42호서식]

공증
인가 **법무법인 네이버스**

(전화) 02-756-4401
(팩스) 02-756-4402

등부 2018 년    제 26232호

## 인    증

위 진 술 서 ------------------

에 기재된 노 정 숙 ------------

------------------------------

------------------------------

은 본 공증인의 면전에서 위 사서증서에

자기가 서명 - 한 것임을 자인하였다.

2018년 11월 12일

이 사무소에서 위 인증한다.

공증
인가 **법무법인 네이버스**

소 속 서울중앙지방검찰청

서울특별시 종로구 종로3길 34,
702호(삼송빌딩)

공증인 공증담당변호사

박 노 원

본 사무소는 인가번호 제7호에 의거하여
1984년 11월 10일 법무부 장관으로부터
공증인 업무를 행할 것을 인가 받았다.

Registered No. 2018-26232

# NOTARIAL CERTIFICATE

NOH, JEONG SUK   --------------

------------------------------

------------------------------

personally appeared before me and

admitted his(her) subscription to the

attached   Affidavit.  --------------

------------------------------

------------------------------

------------------------------

This is hereby attested on this
12th day of Nov. 2018 at this office.

**NEIGHBORS**
**LAW FIRM AND NOTARY OFFICES**

Belong to    Seoul Central
             District Prosecutor's Office

702,Samsong Bldg.,34,Jong-ro 3 gil,
 Jongno-gu, Seoul, Korea

*PARK NO WON*

Signature of the Notary Public

**PARK NO WON**

This office has been authorized by the
Minister of Justice, the Republic of
Korea, to act as Notary Public Since
10, Nov. 1984 Under Law No.7.

210mm X 297mm
보존용지(1종) 70g/㎡

702호(삼송빌딩)
[별지 제41호서식]

공증
인가 법무법인 네이버스

(전화) 02-756-4401
(팩스) 02-756-4402

Registered No.    2018 - 9036

# NOTARIAL CERTIFICATE

## NEIGHBORS
### LAW FIRM AND NOTARY OFFICES

702,Samsong Bldg.,34,Jong-ro 3 gil,

Jongno-gu, Seoul, Korea



210mm X 297mm
보존용지(1종) 70g/㎡

Document Confirmation No. 2152-4037-3218-4500

Issuance No. 2-214-2018-77603

# Seoul Western District Prosecutor's Office

(Telephone No. 02) 3270-4000

Classification Code &
Document No.

Apr. 18, 2018

To: NO, JEONG SUK                    From: Head of Seoul Western District Prosecutor's Office (Sealed)

Subject:   **Notification of the Reason of Non-Prosecution**



We would like to notify the reason of non-prosecution that is requested by you.

| ① Case No. | Incheon District Prosecutor's Office 2017 HYEONG No. 65160 |
|---|---|
| ② Name of Plaintiff | N/A |
| **Suspect (Defendant)** ③ Name | NO, JEONG SUK |
| ④ Resident Registration No. | 730819-2823516 |
| ⑤ Name of Crime | Na. Breach of Electronic Financial Transaction Act |
| ⑥ Prosecutor in charge | SONG, HYESOOK |
| ⑦ Date of Disposition | Jul. 28, 2017 |
| ⑧ Summary of Disposition | Na. Suspension of Prosecution |
| ⑨ Reason of Non-Prosecution | See the separate sheets |
| ⑩ Remarks | |

GEOMCHAL-2018-214-11502-BDD00175869988                    Apr. 18, 2018                    1/1

| | | RFID Label | |
|---|---|---|---|
| **Record of Non-Prosecution Case & Written Decision of Non-Prosecution** | | Preservation | No. |
| | | | No. |
| | | | Year |

| | | | | Incheon Distract Prosecutor's Office | Statute of Limitations | Long-Term | Apr. 20, 2027 |
|---|---|---|---|---|---|---|---|
| | | | | | | Short-Term | Apr. 13, 2022 |
| | | | | | | Restart | |

| 2017 Hyeong No. 65160 | Decision | Jul. 28, 2017 | Prosecutor | Song, Hyesook |
|---|---|---|---|---|

| Suspect | Name of Crime | Disposition |
|---|---|---|
| 3. Na. NO, JEONG SUK | Na. Breach of Breach of Electronic Financial Transaction Act | Suspension of Prosecution |

The written decision of non-prosecution is the same as the separate sheets

| **Additional Disposition** Release order/ Whereabouts investigation order/Fugitive Warrant(Notification), Rescission | Order | Execution | Confirmed |
|---|---|---|---|
| (N/A) | | | |

| **Seized Articles Disposition** Original return as temporary return / Submitting person return/Victim return/Custody/Discard/Devolvement on the National Treasury | Order | Execution | Confirmed |
|---|---|---|---|
| (N/A) | | | |

| Remarks | | | | | |
|---|---|---|---|---|---|
| | | | | | |

| Execution | | Case | | Seizure | | Notification of Result | |
|---|---|---|---|---|---|---|---|

# Incheon District Prosecutor's Office

Jul. 28, 2017

Case No. 2017 Hyeong No. 65160

Title     Written Decision of Non-Prosecution

Prosecutor Song Hyesook has decided non-prosecution as below.

**I. Suspect**                3. Na NO, JEONG SUK

**II. Name of Crime**         Na. Breach of Electronic Financial Transaction Act

**III. Disposition**

The prosecution on the suspect is suspended. 

**IV. Suspected Crime and Reason of Non-Prosecution**

The suspected crime of this case is the same as the criminal fact on the report written by the judicial police officer.

**2. Suspect PARK, **, Suspect NO, JEONG SUK**

○ The suspected crime is acknowledged.

○ Many circumstances were extenuated; for instances, this is the first crime; there is no advantage due to the crime regarding this case; she admitted her criminal fact and promised not to commit a crime again; and the reason why she committed her crime etc.

○ The prosecution is suspended.

Prosecutor          (Seal)

**Criminal Fact**

Na. Breach of Electronic Financial Transaction Act

No one is allowed to hand over a debit card which is the access medium for electronic financial transaction; the password for using the debit card; and the user number which is registered in a financial institute or an electronic financial institute.   Nevertheless,

2) Suspect NO, JEONG SUK

On Apr. 18, 2017, the suspect got a text message on loan from the unknown suspect.   During the consultation on the loan, asking for sending a check card linked to KB bank account(32902004427475), the unknown suspect said that the suspect can get a loan with 7% interest rate if the suspect gets actual results.   Believing it, the suspect sent the check card linked to the above KB bank account to the unknown suspect through delivery service on the street in front of the CU convenient store near the residential area of the suspect at 19:00 on Apr. 19, 2017.



GEOMCHAL-2018-214-11707-BDD00175869579                 Apr. 18, 2018                 1/1

문서확인번호   2152-4037-3218-4500

발행번호   2-214-2018-77603

# 서울서부지방검찰청

(전화번호  02)3270-4000  )

분류기호 및
문서번호                                        2018. 4. 18.

수  신  노정숙                          발 신  서울서부지방검찰 

제  목  불기소이유통지

귀하가 청구한 불기소이유를 아래와 같이 통지합니다.

| ① 사  건  번  호 | | 인천지방검찰청 2017 형제65160호 |
|---|---|---|
| ② 고 소 인 성 명 | | 해당사항없음 |
| 피의자<br>(피고소인) | ③ 성     명 | 노정숙 |
| | ④ 주민등록번호 | 730819-2823516 |
| ⑤ 죄          명 | | 나.전자금융거래법위반 |
| ⑥ 처 분 검 사 | | 송혜숙 |
| ⑦ 처 분 년 월 일 | | 2017. 7. 28. |
| ⑧ 처 분 요 지 | | 나.기소유예 |
| ⑨ 불 기 소 이 유 | | 별지 참조 |
| ⑩ 비          고 | | |

# 불기소 사건기록 및 불기소 결정서

검찰
PROSECUTION SERVICE

| | | | | |
|---|---|---|---|---|
| | | | | RFID 필증 |

| | | 보 존 | 제   질 |
|---|---|---|---|
| | | | 제     호 |
| | | | 년 |

| | | | 인천지방검찰청 | 공소 시효 | 장기 | 2027. 4. 20. |
|---|---|---|---|---|---|---|
| | | | | | 단기 | 2022. 4. 13. |
| | | | | 재   기 | | |

| 2017년 형제65160호 | 결   정 | 2017. 7. 28. | 검사 | 송 혜 숙 |
|---|---|---|---|---|

| 피 의 자 | 죄   명 | 주   문 |
|---|---|---|
| 3.나 노정숙 | 나. 전자금융거래법위반 | 기소유예 |

불기소결정서는 별지와 같음

| 부 수 처 분<br>석방지휘/소재수사지휘/지명수배(통보),해제 | 명 령 | 집 행 | 인 |
|---|---|---|---|
| (해당없음) | | | |

| 압 수 물 처 분<br>가환부대로본환부/제출인환부/피해자환부/보관/폐기/국고귀속 | 명 령 | 집 행 | 인 |
|---|---|---|---|
| (해당없음) | | | |

| 비   고 |
|---|
| |

| 집행 | | 사건 | | 압수 | | 결과통지 | |
|---|---|---|---|---|---|---|---|

 인천지방검찰청

2017. 7. 28.

**사건번호**   2017년 형제65160호

제   목   **불기소결정서**

검사 송혜숙은 아래와 같이 불기소 결정을 한다.

**Ⅰ. 피의자**        3.나 노정숙

**Ⅱ. 죄   명**        나. 전자금융거래법위반

**Ⅲ. 주   문**

피의자에 대한 기소를 유예한다.



**Ⅳ. 피의사실과 불기소이유**

본건 피의사실은 사법경찰관이 작성한 의견서 기재 범죄사실과 같다.

**2. 피의자 박\*\*, 피의자 노정숙**

○ 피의사실은 인정된다.

○ 초범인 점, 본건 범행으로 인한 수익은 없는 것으로 보이는 점, 시인하고 반성하
   며 재범하지 않겠다고 다짐하고 있는 점, 범행에 이르게 된 경위 등 여러 정상
   을 참작한다.

○ 기소를 유예한다.

검사                (인)

**범죄사실**

나. 전자금융거래법위반

누구든지 전자금융거래의 접근매체인 현금카드 및 현금카드를 사용하는데 필요한 비밀번호, 금융기관 또는 전자금융기관에 등록된 이용자번호 등을 양도하여서는 아니된다. 그럼에도 불구하고,

2) 피의자 노정숙,

피의자는 2017. 4. 18. 불상의 피의자로부터 대출을 해 주겠다는 문자를 받고, 대출상담을 하던 중, 불상의 피의자가 실적을 쌓으면 7%의 대출이 가능하다면서 국민은행 계좌(32902004427475)와 연결된 체크카드를 보내라는 말을 믿고, 2017. 4. 19. 19:00경 피의자의 주거지 앞에 있는 CU편의점 앞 노상에서 피의자의 위 국민은행 계좌와 연결된 체크카드 1장을 택배를 이용하여 불상의 피의자에게 양도하였다.



702호(삼송빌딩)
[별지 제45호서식]

인가 **법무법인 네이버스**

(전화) 02-756-4401
(팩스) 02-756-4402

---

위 번역문은 원문과 상위없음을 서약
합니다.

2018년 04월 25일

서약인   민 명탁   

I swear that the attached translation is
true to the original.

Apr. 25, 2018

Signature   _Min Kyungtak_

---

등부  2018 년 제 9036호

## 인  증

위 민 경 탁 ———————— 는
본 공증인의 면전에서 위 번역문이 원
문과 상위없음을 확인하고  서명날인
하였다.————————————
————————————————
————————————————

2018년 04월 25일
  이 사무소에서 위 인증한다.

Registered No.  2018-9036

## Notarial Certificate

MIN, KYUNG TAK ———————— personally
appeared before me, confirmed that
the attached translation is true to the
original and subscribed his(her) name.
———————————————————
———————————————————

This is hereby attested on this
25th day of Apr. 2018 at this office.

공증
인가 **법무법인 네이버스**

소 속 서울중앙지방검찰청

서울특별시 종로구 종로3길 34,
702호(삼송빌딩)

**NEIGHBORS
LAW FIRM AND NOTARY OFFICES**

Belong to   Seoul Central
           District Prosecutor's Office

702,Samsong Bldg.,34,Jong-ro 3 gil,
Jongno-gu, Seoul, Korea

공증인 공증담당변호사
박 노 원

본 사무소는 인가번호 제7호에 의거하여
1984년 11월 10일 법무부 장관으로부터
공증인 업무를 행할 것을 인가 받았다.

**PARK NO WON**
Signature of the Notary Public
**PARK NO WON**
This office has been authorized by the
Minister of Justice, the Republic of
Korea, to act as Notary Public Since
10, Nov. 1984 Under Law No.7.

210mm X 297mm
보존용지(1종) 70g/㎡

ESTA Application

 Official Website of the Department of Homeland Security

 U.S. Customs and Border Protection

 ESTA Electronic System for Travel Authorization
U.S. Department of Homeland Security

Download ⬇   Print 🖶   CLOSE ✖

## AUTHORIZATION APPROVED

Your travel authorization has been approved and you are authorized to travel to the United States under the Visa Waiver Program. This does not guarantee admission to the United States; a Customs and Border Protection (CBP) officer at a port of entry will have the final determination.

If necessary, you can update the following information on an approved authorization: address while in the United States and e-mail address. To access your travel authorization, you will be required to provide your application number, Passport number, and birth date. If you need to change any other information on the form, you must apply for a new travel authorization.

## PAYMENT RECEIPT

You have successfully submitted payment for the application listed below. A request by the cardholder to the bank or PayPal for a refund of fees will result in an automatic denial of the application. Please print this page for your personal records.

| NAME | DATE OF BIRTH | APPLICATION NUMBER | PASSPORT NUMBER | STATUS | EXPIRES |
|------|---------------|--------------------|-----------------|--------|---------|
| JEONG SUK NO | Aug 19, 1973 | XR88RB89X72QFC4Q | M04583940 | Authorization Approved | Dec 6, 2020 |

### PAYMENT SUMMARY

| | |
|---|---|
| **PAYMENT RECEIVED:** | US $14.00 |
| **PAYMENT DATE:** | December 6, 2018 11:02:04 PM |
| **PAYMENT TRACKING CODE:** | 26DVIT5F |



VisitTheUSA.com

To begin planning your trip to the United States today, please visit VisitTheUSA.com, the Official Travel and Tourism website of the United States.

U.S. Customs and Border Protection (CBP) has developed a new program called Automated Passport Control (APC) that expedites the entry process for eligible Visa Waiver Program international travelers by providing an automated process through CBP's Primary Inspection area. To learn more about APC and participating airports following this link: **https://www.cbp.gov/travel/us-citizens/apc**

**DHS RECOMMENDS YOU PRINT THIS SCREEN FOR YOUR RECORDS.**

**TO RETRIEVE AN APPLICATION, SELECT "CHECK ESTA STATUS" FROM THE GLOBAL NAVIGATION MENU OR HOME PAGE. FOR ADDITIONAL GUIDANCE, SELECT "HOW DO I RETRIEVE MY APPLICATION?" FROM THE HELP SECTION OF THIS WEBSITE.**