UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEONG-SUK NO,

                        Plaintiff,

-v-

REPUBLIC OF KOREA (ROK),

                        Defendant.

19-CV-2275 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On December 30, 2019, the United States Court of Appeals for the Second Circuit dismissed Plaintiff's appeal. (Dkt. No. 40.) Since then, Plaintiff has filed numerous motions that seem to be motions for reconsideration of that decision or attempts to amend the complaint by adding Defendants. (Dkt. Nos. 39, 50, 51, 53, 54.) Because this Court is not empowered to reverse a decision by the Court of Appeals, and because this case was dismissed as frivolous almost a year ago (Dkt. No. 6), all of Plaintiff's motions are DENIED.

    The Clerk of Court is directed to close the motion at Docket Number 39.

    SO ORDERED.

Dated: March 16, 2020
         New York, New York

                                                                J. PAUL OETKEN
                                                      United States District Judge

*COPY MAILED TO PRO SE PARTY BY CHAMBERS*